**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | | |
|---|---|---|
| JOSHUA W. MOORE, | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | CIVIL ACTION NO.  2:25-CV-00598-JRG-RSP |
| | § | |
| C.R. ENGLAND, INC., and | § | |
| BOBBY H. SIMON, | § | |
| | § | |
| *Defendants*. | § | |

**ORDER**

Defendants Bobby Simon and C.R. England, Inc. ("Defendants") previously filed a Motion to Dismiss For Improper Venue, or in the Alternative, to Transfer to the Northern District of Texas, Dallas Division. (Dkt. No. 3.) Magistrate Judge Payne entered a Report and Recommendation (Dkt. No. 22), recommending the above-captioned case be transferred to the Northern District of Texas, Dallas Division. Because no objections have been filed and because of the reasons set forth in the Report and Recommendation, the Recommendation is **ADOPTED**. It is therefore **ORDERED** that the Motion (Dkt. No. 3) is **GRANTED**. It is **FURTHER ORDERED** that the above-captioned case be transferred to the Northern District of Texas, Dallas Division.

   **So ORDERED and SIGNED this 30th day of March, 2026.**

_____
RODNEY  GILSTRAP
UNITED STATES DISTRICT JUDGE